# EXHIBIT "A"

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***

DOLLAR TREE STORES, INC. dba DOLLAR TREE; and DOES 1 to 25, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***

DESTINY MICHELLE NUNEZ

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

***¡AVISO!** Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: *(El nombre y dirección de la corte es):* North Justice Center
1275 North Berkeley Avenue
Fullerton, CA 92832

CASE NUMBER: *(Número del Caso):* 30-2024-01428388-CU-PO-NJC

Assigned for All Purposes Judge Scott A. Steiner

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Lisa Saperstein, Citywide Law Group, 12301 Wilshire Blvd.,Ste 601, Los Angeles, CA 90025, (424) 248-2700

DATE: *(Fecha)* 09/23/2024 DAVID H. YAMASAKI, Clerk of the Court Clerk, by *(Secretario)* Roberta Gardea R. Gardea, Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: Dollar Tree Stores, INC dba Dollar Tree

under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:

4. ☐ by personal delivery on *(date)*:

Electronically Filed by Superior Court of California, County of Orange, 09/23/2024 06:04:26 PM.
30-2024-01428388-CU-PO-NJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By R. Gardea, Deputy Clerk.

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY STATE BAR NUMBER: 299810
NAME: Lisa Saperstein
FIRM NAME: CITYWIDE LAW GROUP
STREET ADDRESS: 12301 Wilshire Blvd., Suite 601
CITY: Los Angeles STATE: CA ZIP CODE: 90025
TELEPHONE NO.: (424) 248-2700 FAX NO.: (424) 248-2701
EMAIL ADDRESS: service@citywidelaw.com
ATTORNEY FOR (name): Plaintiff, DESTINY MICHELLE NUNEZ

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: North Justice Center
MAILING ADDRESS: 1275 North Berkeley Avenue
CITY AND ZIP CODE: Fullerton, CA 92832
BRANCH NAME:

PLAINTIFF: DESTINY MICHELLE NUNEZ
DEFENDANT: DOLLAR TREE STORES, INC. dba DOLLAR TREE; and
[x] DOES 1 TO 25 inclusive

Assigned for All Purposes
Judge Scott A Steiner

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] **AMENDED *(Number):***
Type *(check all that apply):*
[ ] **MOTOR VEHICLE** [x] **OTHER *(specify):*** Premises Liability
[ ] **Property Damage** [ ] **Wrongful Death**
[ ] **Personal Injury** [ ] **Other Damages *(specify):***

Jurisdiction *(check all that apply):*
[ ] **ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)**
Amount demanded [ ] does not exceed $10,000
[ ] exceeds $10,000
[x] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)**
[ ] **ACTION IS RECLASSIFIED by this amended complaint**
[ ] **from limited to unlimited**
[ ] **from unlimited to limited**

CASE NUMBER:
30-2024-01428388-CU-PO-NJC

1. **Plaintiff** *(name or names):* DESTINY MICHELLE NUNEZ
alleges causes of action against **defendant** *(name or names):*
DOLLAR TREE STORES, INC. dba DOLLAR TREE; and DOES 1 to 25, inclusive
2. This pleading, including attachments and exhibits, consists of the following number of pages: Five (5)
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

| SHORT TITLE: NUNEZ v. DOLLAR TREE, et al. | CASE NUMBER: 30-2024-01428388-CU-PO-NJC |
|---|---|

4. [ ] Plaintiff *(name):*
is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. [X] **except** defendant *(name):* DOLLAR TREE STORES, INC. dba DOLLAR TREE
   (1) [ ] a business organization, form unknown.
   (2) [X] a corporation.
   (3) [ ] an unincorporated entity *(describe):*
   (4) [ ] a public entity *(describe):*
   (5) [ ] other *(specify):*

b. [ ] **except** defendant *(name):*
   (1) [ ] a business organization, form unknown.
   (2) [ ] a corporation.
   (3) [ ] an unincorporated entity *(describe):*
   (4) [ ] a public entity *(describe):*
   (5) [ ] other *(specify):*

c. [ ] **except** defendant *(name):*
   (1) [ ] a business organization, form unknown.
   (2) [ ] a corporation.
   (3) [ ] an unincorporated entity *(describe):*
   (4) [ ] a public entity *(describe):*
   (5) [ ] other *(specify):*

d. [ ] **except** defendant *(name):*
   (1) [ ] a business organization, form unknown.
   (2) [ ] a corporation.
   (3) [ ] an unincorporated entity *(describe):*
   (4) [ ] a public entity *(describe):*
   (5) [ ] other *(specify):*

[ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [X] Doe defendants *(specify Doe numbers):* 1 to 10 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [X] Doe defendants *(specify Doe numbers):* 11 to 25 are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. [ ] at least one defendant now resides in its jurisdictional area.
   b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [X] injury to person or damage to personal property occurred in its jurisdictional area.
   d. [ ] other *(specify):*

9. [ ] Plaintiff is required to comply with a claims statute, **and**
   a. [ ] has complied with applicable claims statutes, **or**
   b. [ ] is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE: NUNEZ v. DOLLAR TREE, et al. | CASE NUMBER: 30-2024-01428388-CU-PO-NJC |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   - a. [ ] Motor Vehicle
   - b. [x] General Negligence
   - c. [ ] Intentional Tort
   - d. [ ] Products Liability
   - e. [x] Premises Liability
   - f. [ ] Other *(specify):*

11. Plaintiff has suffered *(check all that apply)*
   - a. [x] wage loss.
   - b. [ ] loss of use of property.
   - c. [x] hospital and medical expenses.
   - d. [x] general damage.
   - e. [ ] property damage.
   - f. [ ] loss of earning capacity.
   - g. [x] other damage *(specify):*

     Physical Injuries
     Emotional Distress

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   - a. [ ] listed in Attachment 12.
   - b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   - a. (1) [x] compensatory damages.
     (2) [ ] punitive damages.
   - b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
     (1) [x] according to proof.
     (2) [ ] in the amount of: $

15. [x] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

   ALL

Date: September 23, 2024

Lisa Saperstein
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(4)

| SHORT TITLE: NUNEZ v. DOLLAR TREE, et al. | CASE NUMBER: 30-2024-01428388-CU-PO-NJC |
|---|---|

FIRST (number) **CAUSE OF ACTION—Premises Liability** Page 4

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* DESTINY MICHELLE NUNEZ

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date):* or about 9/28/2022 plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*

Plaintiff, DESTINY MICHELLE NUNEZ, was a business invitee of Defendant, DOLLAR TREE STORES, INC. dba DOLLAR TREE, located at or near 22477 El Toro Rd., Lake Forest, CA 92630, ("PREMISES"), where she tripped and fell on a wet floor ("INCIDENT"). As a result of the INCIDENT, Plaintiff sustained injuries to inter alia, her back, left ankle and knee, incurred special and general damages in amounts to be proven at trial. Plaintiff further alleges upon information and belief that Defendant, DOLLAR TREE STORES, INC. dba DOLLAR TREE, is, and at all relevant times herein, was the owner and/or occupier of the PREMISES.

Prem.L-2. ☑ **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*

DOLLAR TREE STORES, INC. dba DOLLAR TREE; and

☑ Does 1 to 25

Prem.L-3. ☑ **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

DOLLAR TREE STORES, INC. dba DOLLAR TREE; and

☑ Does 1 to 25

Plaintiff, a recreational user, was ☑ an invited guest ☐ a paying guest.

Prem.L-4. ☐ **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

☐ Does ______ to ______

a. ☐ The defendant public entity had ☐ actual ☐ constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.

b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5. a. ☑ **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

DOLLAR TREE STORES, INC. dba DOLLAR TREE; and

☑ Does 1 to 10

b. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are ☐ described in attachment Prem.L-5.b ☐ as follows *(names):*

PLD-PI-001(2)

| SHORT TITLE: NUNEZ v. DOLLAR TREE, et al. | CASE NUMBER: 30-2024-01428388-CU-PO-NJC |
|---|---|

SECOND (number) **CAUSE OF ACTION—General Negligence** Page 5

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* DESTINY MICHELLE NUNEZ

alleges that defendant *(name):* DOLLAR TREE STORES, INC. dba DOLLAR TREE; and

[✓] Does 1 to 25

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*: or about 9/28/2022

at *(place)*: or near 22477 El Toro Rd., Lake Forest, CA 92630

*(description of reasons for liability):*

Plaintiff, DESTINY MICHELLE NUNEZ, was a business invitee of Defendant, DOLLAR TREE STORES, INC. dba DOLLAR TREE, located at or near 22477 El Toro Rd., Lake Forest, CA 92630, ("PREMISES"), where she tripped and fell on a wet floor ("INCIDENT").

At such time and place, Defendants, and each of them, negligently owned, leased, operated, managed, maintained, controlled, repaired, and/or inspected the PREMISES, At such time and place, Defendants, and each of them, negligently failed to use reasonable care to keep the PREMISES in a reasonably safe condition. At such time and place, Defendants, and each of them, negligently failed to guard or warn against the dangerous conditions on the PREMISES. At such time and place, Defendants, and each of them, negligently hired, contracted, employed, and/or supervised unknown individuals who negligently maintained the PREMISES and the subject area. At such time and place, Defendants, and each of them, negligently hired, employed, contracted, and/or supervised unknown individuals who knew of the dangerous condition and failed to guard or warn Plaintiff and others of the existence of said dangerous condition.

Defendants, and each of them, knew or should have known of the defective and dangerous conditions of the PREMISES prior to the Incident. Defendants, and each of them, also knew that the PREMISES would be visited by a class of persons, including Plaintiff herein. Defendants and each of them, had a duty to provide a safe manner of access in and around the PREMISES for Plaintiff. At the time of the Incident, Plaintiff was an invitee on the PREMISES of Defendants. As such, Plaintiff's conduct was reasonable and foreseeable. Defendants knew, or in the exercise of due care, should have known, of the risks and dangers posed by the condition of the PREMISES, and that it would expose Plaintiff to a foreseeable risk of serious injury.

Defendants negligently and carelessly owned, possessed, controlled, operated, managed, inspected, maintained, serviced and repaired the PREMISES so as to cause, create and allow a dangerous condition to exist and injure Plaintiff. Defendants failed to warn that the PREMISES, including the subject area, contained a dangerous and/or unsafe condition, and said Defendants, and each of them, failed to use reasonable care so as to avoid or prevent serious injury to the Plaintiff.

As a direct, proximate, and legal result of the negligent and tortious conduct of Defendants, and each of them, Plaintiff has been permanently injured in her health, strength, and activity, which has caused her, and will continue to cause her, great physical and mental pain and suffering. Plaintiff is informed and believes that said injuries will result in some permanent disability, all to her general damage in an amount to be specified according to proof at the time of trial. Plaintiff alleges that each of the Defendants herein is legally liable for general damages and non-economic damages to the Plaintiff in a sum according to proof at the time of trial.

As a further direct, proximate, and legal result of acts or omissions of Defendants, and each of them, Plaintiff has incurred, and will continue to incur, medical and related expenses. Plaintiff does not know at this time the exact amount of expenses that have been incurred or what will be incurred in the future.

As a further direct, proximate, and legal result of the negligence of Defendants, and each of them, Plaintiff's earning capacity has been and will be greatly impaired, both in the past and present, in an amount according to proof.