JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESTINY MICHELLE NUNEZ,<br><br>               Plaintiff,<br><br>    v.<br><br>DOLLAR TREE STORES, INC. dba DOLLAR TREE; and DOES 1 to 25, inclusive,<br><br>               Defendants. | Case No. 8:25-cv-00299-JWH-DFM<br><br>[Assigned to Hon. John W. Holcomb, District Judge; Hon. Douglas F. McCormick, Magistrate Judge]<br><br>**ORDER RE NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)**<br><br>Complaint Filed: September 23, 2024 |

- 1 -

**ORDER**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that the Complaint of Plaintiff Destiny Michelle Nunez is **DISMISSED** in its entirety, **with prejudice**.

**IT IS SO ORDERED.**

Dated:  April 13, 2026

By: _____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 2 -
**ORDER**